IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 17–13–H–CCL |
| Plaintiff, | |
| | ACCEPTANCE OF PLEA |
| vs. | AND ADJUDICATION |
| | OF GUILT |
| BRIAN RUSSELL BLACKWELL, | |
| Defendant. | |

In accordance with the Findings and Recommendations (Doc. 24) of United States Magistrate Judge John Johnston, to which there has been no objection, and subject to this Court's consideration of the Plea Agreement under Fed. R. Crim. P. 11(c)(3), Defendant's plea of guilty to the offense charged by the Indictment is hereby accepted. The Defendant is adjudged guilty of the offense of Failure to Register as a Sex Offender. All parties shall appear before this Court for

sentencing on April 5, 2018, at 10:00 a.m., Courtroom II, United States Courthouse, Helena.

The Clerk is directed forthwith to notify the parties of entry of this order.

Done and dated this 18th day of December, 2017.

CHARLES C. LOVELL
SENIOR UNITED STATES DISTRICT JUDGE