# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN RUSSELL BLACKWELL,<br><br>Defendant. | CR 17-13-H-CCL<br><br><br><br>**ORDER** |

Defendant Brian Russell Blackwell moves for an Order permitting him to travel outside of the State of Montana to visit his mother, who may not have long to live. Defendant's counsel has contacted Defendant's supervising probation officer and counsel for the United States, who do not oppose the motion. Good cause appearing,

**IT IS HEREBY ORDERED** that Defendant's emergency motion (Doc. 59) is GRANTED. Defendant may travel to Glendale, Oregon for a two-day visit, as long as his travel time takes no more than two days, making his total time outside of Montana no more than four days.

DATED this 22nd day of June, 2020.

*/s/ Charles C. Lovell*
CHARLES C. LOVELL
SENIOR UNITED STATES DISTRICT JUDGE