# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRIAN RUSSELL BLACKWELL,<br><br>Defendant. | Case No. CR 17-13-H-BMM<br><br><br>**ORDER FOR TEMPORARY RELEASE** |

Upon Defendant Blackwell's Second Motion for Temporary Release, the Government having no objections, and good cause appearing;

IT IS HEREBY ORDERED that Defendant, Brian Russell Blackwell, be temporarily released from the Cascade County Regional Detention Facility on Monday, August 2, 2021, at 12:00 p.m., to attend a scheduled follow-up doctor appointment with Dr. Justin Perry at St. Peter's Clinic in Helena.

IT IS FURTHER ORDERED that Defendant Blackwell shall return to the Cascade County Regional Detention Facility no later than 7:00 p.m. on August 2, 2021.

DATED this 29th day of July, 2021.

_____
Brian Morris, Chief District Judge
United States District Court