# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRIAN RUSSELL BLACKWELL,<br><br>Defendant. | Case No. CR 17-13-H-BMM<br><br>***AMENDED***<br>**ORDER FOR TEMPORARY RELEASE** |

Upon Defendant Blackwell's Third Motion for Temporary Release, the Government having no objections, and good cause appearing;

IT IS HEREBY ORDERED that Defendant, Brian Russell Blackwell, be temporarily released from the Cascade County Regional Detention Facility on Thursday, August 12, 2021, at 8:00 a.m., to attend a scheduled follow-up doctor appointment with Dr. Justin Perry at St. Peter's Clinic in Helena at 11:15 a.m.

IT IS FURTHER ORDERED that Defendant Blackwell shall return to the Cascade County Regional Detention Facility no later than 5:00 p.m. on August 12, 2021.

DATED this 10th day of August, 2021.

_____
Brian Morris, Chief District Judge
United States District Court