# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| UNITED STATE OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> BRIAN RUSSELL BLACKWELL, <br><br> Defendant. | **CR-17–13–H–BMM–JTJ** <br><br> **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |

United States Magistrate Judge John Johnston entered his Findings and Recommendations in this case on December 5, 2024. (Doc. 95). Judge Johnston recommended that Defendant Brian Russell Blackwell remain on supervised release until March 4, 2026. (Doc. 95 at 4.).

Neither party filed objections to the Findings and Recommendations. The parties have waived the right to de novo review thereof. 28 U.S.C. § 636(b)(1)(C). Absent objection, this Court reviews findings and recommendations for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000) (citations omitted). The Court finds no error in Judge Johnston's Findings and Recommendations and adopts them in full.

-1-

## ORDER

Accordingly, **IT IS ORDERED**:

1. Judge Johnstons Findings and Recommendations (Doc. 95) are **ADOPTED** in full.

2. Brian Russell Blackwell shall remain on supervised release until March 4, 2026.

DATED this 6th day of January, 2025.

_____
Brian Morris, Chief District Judge
United States District Court